**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY R. BONTY | ) | BANKRUPTCY NO. 08-40153-REG |
| TAMARA D. BONTY | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than

$5.00:

| | | |
|---|---|---|
| 1 | Tippecanoe County Treasurer | $4.38 |
| 8 | Duke Energy Shared Services, Inc. | $2.17 |
| 16 | Verizon North Inc. | $1.34 |
| 18 | City of Lafayette | $0.92 |

Dated: September 1, 2011              Respectfully Submitted,

 /s/ Edward Chosnek
Trustee
P.O. Box 708, Lafayette, Indiana  47902
Telephone:  (765) 742-9081
E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of September, 2011, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1.    U.S. Trustee
2.    James Hodson
3.    Tippecanoe Co. Treasurer, 20 N. 3rd St., Lafayette IN 47901
4.    Duke Energy Shared Services, Inc., P.O. Box 960-EF3 67, Cincinnati OH 45273-9598
5.    Verizon North Inc., AFNI, 404 Brock Dr., Bloomington IL 61701
6.    City of Lafayette, Utility Billing, P.O. Box 1688, Lafayette IN 47902

 /s/ Edward Chosnek