IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY R. BONTY | ) | BANKRUPTCY NO. 08-40153 |
| TAMARA D. BONTY | ) | CHAPTER 7 |
| Debtors | ) | |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed his Final Report and Distribution Summary with the Clerk of this Court on August 7, 2011.

2. That pursuant to said Distribution Summary your Trustee issued checks dated August 31, 2011, to the creditors as set forth in the Distribution Summary.

3. That check number 5007 payable to Spirit of America National Bank/Lane Bryant was returned as not deliverable and unable to forward.

4. That Trustee needs to proceed in closing this case and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimant is as follows:

Spirit of America National Bank/Lane Bryant          Amount:  $8.70
First Express
P.O. Box 856021
Louisville KY 40285

6. That your Trustee's check in the total amount of $8.70 payable to the Clerk of this Court will be paid directly to the Clerk of this Court.

    /s/ Edward Chosnek
Trustee
P.O. Box 708
Lafayette, Indiana  47902
Telephone:  (765) 742-9081
e-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

       I certify that on the 28th day of September, 2011, service of a true and complete copy of the foregoing Transmittal of Unclaimed Funds was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

U.S. Trustee
Hunter Reece

          /s/ Edward Chosnek